## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Agnes Mbong, | Civil No. 07-2219 (RHK/AJB) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Minnesota Veterans Home, | |
| Defendant. | |

Based upon the Stipulation of Dismissal With Prejudice submitted by the parties to this matter, **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** and without any fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 30, 2007

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge